UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA BROOKE,<br><br>            Plaintiff,<br><br>      v.<br><br>NMA HOSPITALITY, LLC d/b/a LA QUINTA TULARE,<br><br>            Defendant. | No.  1:16-cv-01529-DAD-JLT<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 9) |

On November 21, 2016, plaintiff filed a notice of voluntary dismissal without prejudice of this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).  (Doc. No. 9.)  Defendant has not filed a responsive pleading in this action.  In light of this, this action has terminated, *see* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997), and has been dismissed without prejudice.  Accordingly, the court directs the Clerk of Court to close the case.

IT IS SO ORDERED.

Dated:   **November 23, 2016**

UNITED STATES DISTRICT JUDGE

1